AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| SAID IMBERLEY CHINO LUCERO | ) | Case No. 1:16MJ458 |
| | ) | |
| Defendant(s) | ) | |

OCT - 6 2016

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 5, 2016__ in the county of __Loudoun__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952(a) | Defendant did unlawfully, knowingly and intentionally import into the United States from a place outside thereof a mixture or substance containing a detectable amount cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

(See attached affidavit.)

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Jonathan Fahey/Alison Zitron

*Complainant's signature*
William M. DeRose, Special Agent,
U.S. Department of Homeland Security, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/6/16

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, Virginia

Honorable Theresa Carroll Buchanan,
U.S. Magistrate Judge
*Printed name and title*