UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 1:16-mj-450 |
| THOMAS GENE HIX, | ) | |
| | ) | Hon. Theresa C. Buchanan |
| | ) | |
| Defendant. | ) | |

## ORDER

The motion of the United States to dismiss the criminal complaint in the above captioned case is hereby granted. It is therefore ORDERED that the criminal complaint in this case is DISMISSED without prejudice.

It is so ORDERED.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

The Honorable Theresa C. Buchanan
United States Magistrate Judge

Date: 12/1/17
Alexandria, Virginia